IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAQUA LAMEEK RITTER**<br>a/k/a "Quavo" | Criminal No: 1:23-cr-00024-SAL-1 |

## NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned counsel, respectfully files this notice of the Government's intention not to seek the death penalty against Defendant Daqua Lameek Ritter.

On July 27, 2023, the Department of Justice, by and through Richard E. Burns, Chief of the Capital Case Section, notified the United States Attorney's Office for the District of South Carolina that it concurred in the recommendation of the United States Attorney not to seek the death penalty against Defendant Daqua Lameek Ritter.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

/s/Benjamin N. Garner
Benjamin N. Garner (Fed. Id. 11477)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3063
Fax (803) 929-3135
Email: Benjamin.Garner@usdoj.gov

April 19, 2023