IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAQUA LAMEEK RITTER** | Crim. No.: 1:23-cr-00024-SAL<br><br>**VERDICT FORM** |

We, the Jury, following due deliberation in the above matter, unanimously return the following verdict:

1. As to Count One of the Indictment, Bias-Motivated Crime Resulting in Death, we unanimously find Defendant DAQUA LAMEEK RITTER,

    ✓ Guilty

    ___ Not Guilty

2. As to Count Two of the Indictment, Use of a Firearm in Relation to a Crime of Violence, we unanimously find Defendant DAQUA LAMEEK RITTER,

    ✓ Guilty

    ___ Not Guilty

3. As to Count Three of the Indictment, Tampering with a Witness, Victim, or an Informant, we unanimously find Defendant DAQUA LAMEEK RITTER,

    ✓ Guilty

    ___ Not Guilty


2/23/24                               █████████████████
Date                                       Jury Foreperson