UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

UNITED STATES OF AMERICA

vs.

DAQUA LAMEEK RITTER,

a/k/a "Quavo"

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23-CR-24-SAL

| PRESIDING JUDGE  The Honorable Sherri A. Lydon | PLAINTIFF'S ATTORNEYS:  Brook B. Andrews, FAUSA  Benjamin N. Garner, AUSA  Elle E. Klein, AUSA  Andrew Manns, DOJ/AUSA | DEFENDANTS' ATTORNEYS:  Joshua Snow Kendrick, Esquire  Lindsey Sterling Vann, Esquire |
|---|---|---|
| TRIAL DATES  February 20, 2024 -- | COURT REPORTER  Karen Andersen  Kathleen Richardson  Carly Horenkamp | COURTROOM DEPUTY  Karen Boston |

| Gov't No | Def No | Date Offered | Marked | Admitted | WITNESSES |
|---|---|---|---|---|---|
| ✔ | | 2/20/24 | | | Sheriff James Freeman |
| ✔ | | 2/20/24 | | | Gabriel Denizard (SLED) |
| ✔ | | 2/20/24 | | | Lieutenant Steven Robinson (Allendale County) |
| ✔ | | 2/20/24 | | | Lawrence Wiggins (SLED) |
| ✔ | | 2/21/24 | | | Diego Nova |
| ✔ | | 2/21/24 | | | S/A Clay Trippi (FBI) |
| ✔ | | 2/21/24 | | | Jaida Harvey |
| ✔ | | 2/21/24 | | | Shakia Roberts |
| ✔ | | 2/21/24 | | | Kateria (Yanna) Albany |
| ✔ | | 2/21/24 | | | Sada Smoaks |
| ✔ | | 2/21/24 | | | Delasia Green |
| ✔ | | 2/21/24 | | | Zamarion Smoaks |
| ✔ | | 2/22/24 | | | Kerria Mallory |
| ✔ | | 2/21/24 | | | Kordell Jenkins |
| ✔ | | 2/21/24 | | | Travis Canady (General Motors) |
| ✔ | | 2/22/24 | | | Xavier Pinckney |
| ✔ | | 2/21/24 | | | Mercede Allison (FBI) |
| ✔ | | 2/22/24 | | | Jamie Priester |

| ✔ | | 2/22/24 | | | Jerome De Sheers (FBI) |
|---|---|---|---|---|---|
| ✔ | | 2/22/24 | | | Carrie Mae Frazier |
| | | | | | Devontre Priester |
| ✔ | | 2/22/24 | | | Jasmine Frazier |
| ✔ | | 2/22/24 | | | Kelly Rose, Pathologist (SLED) |
| ✔ | | 2/22/24 | | | Artaveis Youmans |
| ✔ | | 2/22/24 | | | James Green, Forensic Scientist (SLED) |
| ✔ | | 2/22/24 | | | April Hightower |
| ✔ | | 2/23/24 | | | S/A Jacyln Yandell (ATF) |
| ✔ | | 2/22/24 | | | Sara Goodman, Forensic Scientist (SLED) |
| ✔ | | 2/23/24 | | | S/A Delise Jeffrey (FBI) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| US vs DAQUA LAMEEK RITTER, a/k/a "Quavo" | | | | | CRIMINAL NO: 1:23-CR-24-SAL |
| Govt No | Dft No | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | 2/20/24 | ✔ | ✔ | Map and Key |
| 2 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle (Bates 00068) |
| 3 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle (Bates 00065) |
| 4 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle (Bates 00067) |
| 5 | | 2/20/24 | ✔ | ✔ | Photograph of Wooded Area (Bates 00114) |
| 6 | | 2/20/24 | ✔ | ✔ | Photograph of Wooded Area (Bates 00115) |
| 7 | | 2/20/24 | ✔ | ✔ | Photograph of Wooded Area (Bates 00117) |
| 8 | | 2/20/24 | ✔ | ✔ | Photograph of Wooded Area (Bates 00118) |
| 9 | | 2/20/24 | ✔ | ✔ | Photograph of VIN (Bates 00101) |
| 10 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle GM Manufacturer Sticker (Bates 00107) |
| 11 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle (Bates 00082) |
| 12 | | 2/20/24 | ✔ | ✔ | Photograph of Doe in Front Seat (Bates 00102) |
| 13 | | 2/20/24 | ✔ | ✔ | Photograph of Doe in Front Seat (Bates 00137) |
| 14 | | 2/20/24 | ✔ | ✔ | Photograph of Passenger Floorboard (Bates 00139) |
| 15 | | 2/20/24 | ✔ | ✔ | Photograph of Cartridge (Bates 00140) |
| 16 | | 2/20/24 | ✔ | ✔ | Photograph of Cartridge (Bates 00177) |
| 17 | | 2/20/24 | ✔ | ✔ | Photograph of Black Shoe (Bates 00168) |
| 18 | | 2/20/24 | ✔ | ✔ | Photograph of Black Shoe (Bates 00170) |
| 19 | | 2/20/24 | ✔ | ✔ | Photograph of Doe (Bates 00146) |
| 20 | | 2/20/24 | ✔ | ✔ | Photograph of Front Seat (Bates 00216) |
| 21 | | 2/20/24 | ✔ | ✔ | Photograph of Front Seat; Cartridges (Bates 00217) |
| 22 | | 2/20/24 | ✔ | ✔ | Photograph of Front Seat; Cartridge (Bates 00220) |
| 23 | | 2/20/24 | ✔ | ✔ | Photograph of Cartridge From Driver's Side Floorboard (Bates 00223) |
| 24 | | 2/20/24 | ✔ | ✔ | Photograph of Doe's Cell Phone (Bates 00235) |
| 25 | | 2/20/24 | ✔ | ✔ | Photograph of Vehicle Driver's Side Exterior (Bates 00270) |
| 26 | | 2/20/24 | ✔ | ✔ | Photograph of Driver's Side Door (Bates 00267) |
| 27 | | 2/20/24 | ✔ | ✔ | Photograph of Front Passenger Seat (Bates 00341) |
| 28 | | 2/20/24 | ✔ | ✔ | Item 4 Swab – Exterior Front Passenger Door (PE) |

| | | | | | |
|---|---|---|---|---|---|
| 29 | | 2/20/24 | ✔ | ✔ | Item 5 Swab – Front Passenger Exterior Door Handle (PE) |
| 30 | | 2/20/24 | ✔ | ✔ | Item 6 Swab – Front Passenger Interior Door Panel (PE) |
| 31 | | 2/20/24 | ✔ | ✔ | Item 7 Swab – Front Passenger Door Arm Rest (PE) |
| 32 | | 2/20/24 | ✔ | ✔ | Item 8 Swab – Front Passenger Interior Door Handle (PE) |
| 33 | | 2/20/24 | ✔ | ✔ | Cartridge Case Headstamped "WIN 25 AUTO" From Front Passenger Floorboard (Item 1) (PE) |
| 34 | | 2/20/24 | ✔ | ✔ | Cartridge Case Headstamped "WIN 25 AUTO" From Driver's Seat (Item 2) (PE) |
| 35 | | 2/20/24 | ✔ | ✔ | Cartridge Case Headstamped "WIN 25 AUTO" From Driver's Floorboard (Item 3) (PE) |
| 36 | | 2/20/24 | ✔ | ✔ | DVD – Body Worn Camera - Traffic Stop of Doe on 08/04/2019 (Bates 00428) |
| 37 | | 2/20/24 | ✔ | ✔ | Traffic Stop Screenshot |
| 38 | | 2/20/24 | ✔ | ✔ | DVD – Interview of Daqua Ritter on 08/04/2019 (Bates 00453) |
| 39 | | 2/20/24 | ✔ | ✔ | Written Statement of Daqua Ritter on 08/04/2019 (Bates 00443-00445) |
| 40 | | 2/20/24 | ✔ | ✔ | Doe's Phone SMS Messages Extraction Report – 08-03-2019 – 08-05-2019 (Bates 06338 – 06350) |
| 40a | | 2/20/24 | ✔ | ✔ | Demonstrative – Text Messages from Pinckney's Phone on 08-04-2019 |
| 40b | | 2/20/24 | ✔ | ✔ | Demonstrative – Text Messages between Doe and her mother (Debra Sabb) on 08-04-2019 |
| 40c | | 2/20/24 | ✔ | ✔ | Demonstrative – Text Messages from Doe's Phone to Pinckney's Phone on 08-04-2019 |
| 41 | | 2/20/24 | ✔ | ✔ | Subscriber Information – Xavier Pinckney's Talkatone Phone Number (Bates 00626 - 00627) |
| 42 | | 2/20/24 | ✔ | ✔ | Xavier Pinckney's Talkatone Call Detail Record 08-04-2019 (Bates 00630) |
| 43 | | 2/20/24 | ✔ | ✔ | Daqua Ritter's SC DMV 10 Year Driver Record (Bates 00452) |
| 44 | | 2/20/24 | ✔ | ✔ | Item 20 – Buccal Swabs From Daqua Ritter (PE) |
| 45 | | 2/21/24 | ✔ | ✔ | Doe's Phone Master Extraction Report (Bates 00643 - 00647) |
| 46 | | 2/21/24 | ✔ | ✔ | Doe's Phone Activity Extraction Report (Bates 00650 – 00653) |
| 47 | | 2/21/24 | ✔ | ✔ | Doe's Phone Call Log Extraction Report (Bates 02494 – 02498) |

| 48 |  | 2/21/24 | ✔ | ✔ | Doe's Phone Searched Items Extraction Report (Bates 06293 – 06294) |
| 50 |  | 2/21/24 | ✔ | ✔ | Facebook Account Holder Information for Xavier Pinckney (Bates 27277) |
| 49 |  | 2/21/24 | ✔ | ✔ | Cartridge Swab Item 3.1 |
| 51 |  | 2/21/24 | ✔ | ✔ | Photograph of Xavier Pinckney (Bates 39287) |
| 52 |  | 2/21/24 | ✔ | ✔ | Facebook Account Holder Information for Daqua Ritter (immaculate.qua) (Bates 43483) |
| 53 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Daqua Ritter and Xavier Pinckney on 08-09-2019) (Bates 44829 – 44830) |
| 53a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-09-2019 (Bates 44829 – 44830) |
| 54 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Daqua Ritter and Xavier Pinckney on 08-11-2019) (Bates 44833 – 44834) |
| 54a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-11-2019 (Bates 44833) |
| 54b |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-11-2019 (Bates 44833 – 44834) |
| 55 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Daqua Ritter and Xavier Pinckney on 08-11-2019) (Bates 44836) |
| 55a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-11-2019 (Bates 44836) |
| 56 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Daqua Ritter and Xavier Pinckney on 08-11-2019) (Bates 44837 – 44838) |
| 56a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-11-2019 (Bates 44837 – 44838) |
| 57 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Daqua Ritter and Xavier Pinckney on 08-13-2019) (Bates 44840 – 44841) |
| 57a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook chat between Daqua Ritter and Xavier Pinckney on 08-13-2019 (Bates 44840 – 44841) |
| 58 |  | 2/21/24 | ✔ | ✔ | Facebook Account Holder Information for Pebbles LaDime Doe (Dime.Divaa22) (Bates 43483) |
| 59 |  | 2/21/24 | ✔ | ✔ | Photograph of Dime Doe (Bates 52048) |
| 61 |  | 2/21/24 | ✔ | ✔ | Facebook Communications (Chats between Sada Smoaks and Doe on 07-29-2019) (Bates 53018 – 53020) |
| 61a |  | 2/21/24 | ✔ | ✔ | Demonstrative – Facebook Chat between Doe and Sada Smoaks on 07-29-2019 (Bates 53018 – 53020 - Screenshot) |
| 62 |  | 2/21/24 | ✔ | ✔ | IP Address Subscriber Information 08-04-2019 (Willie Youmans) (Bates 74728 -74729) |
| 63 |  | 2/21/24 | ✔ | ✔ | TextNow Call Log (Bates 74846 - 74851) |

| | | | | | |
|---|---|---|---|---|---|
| 63a | | 2/21/24 | ✔ | ✔ | Demonstrative –TextNow Call Log (Bates 74846 - 74851) |
| 64 | | 2/21/24 | ✔ | ✔ | TextNow Spreadsheet (Bates 13013 - 13040) |
| 64a | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-03-2019 |
| 64b | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-04-2019 |
| 64c | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-06-2019 |
| 64d | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-07-2019 |
| 64e | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-11-2019 |
| 64f | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-12-2019 |
| 64g | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-16-2019 – 07-17-2019 |
| 64h | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-18-2019 |
| 64i | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-19-2019 |
| 64j | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-20-2019 |
| 64k | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-26-2019 – 07-27-2019 |
| 64l | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-29-2019 |
| 64m | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 07-31-2019 |
| 64n | | 2/21/24 | ✔ | ✔ | Demonstrative – TextNow Communications Between Doe and Ritter 08-02-2019 |
| 65 | | 2/22/24 | ✔ | ✔ | CAST Power Point (Bates 77746 - 77754) |
| 66 | | 2/22/24 | ✔ | ✔ | AT&T Mobility (with cell location) (Bates 09923 – 09960) |
| 67 | | 2/22/24 | ✔ | ✔ | Map and Key – Aerial View |
| 68 | | 2/22/24 | ✔ | ✔ | Photograph of Jewelry (Bates 78039) |
| 69 | | 2/22/24 | ✔ | ✔ | Photograph of X-ray (Bates 78022) |
| 70 | | 2/22/24 | ✔ | ✔ | Photograph of Gunshot Wounds (Bates 78050) |

| 71 |  | 2/22/24 | ✔ | ✔ | Photograph of Gunshot Wound A (Bates 78048) |
|----|--|---------|---|---|---------------------------------------------|
| 72 |  | 2/22/24 | ✔ | ✔ | Photograph of Bullet A (Bates 78057) |
| 73 |  | 2/22/24 | ✔ | ✔ | Photograph of Gunshot Wound B (Bates 78052) |
| 74 |  | 2/22/24 | ✔ | ✔ | Photograph of Bullet B (Bates 78058) |
| 75 |  | 2/22/24 | ✔ | ✔ | Photograph of Gunshot Wound C (Bates 78056) |
| 76 |  | 2/22/24 | ✔ | ✔ | Photograph of Bullet C (Bates 78064) |
| 77 |  | 2/23/24 | ✔ | ✔ | Clip 1 (13:12-14:20) Interview of Daqua Ritter on 01/30/2023 |
| 78 |  | 2/23/24 | ✔ | ✔ | Clip 2 (42:13-42:31) Interview of Daqua Ritter on 01/30/2023 |
| 79 |  | 2/23/24 | ✔ | ✔ | Clip 3 (45:22-45:33) Interview of Daqua Ritter on 01/30/2023 |
| 80 |  | 2/23/24 | ✔ | ✔ | Clip 4 (45:54-46:48) Interview of Daqua Ritter on 01/30/2023 |
| 81 |  | 2/23/24 | ✔ | ✔ | Clip 5 (49:02-49:52) Interview of Daqua Ritter on 01/30/2023 |
| 82 |  | 2/23/24 | ✔ | ✔ | Clip 6 (57:07-58:14) Interview of Daqua Ritter on 01/30/2023 |
| 83 |  | 2/23/24 | ✔ | ✔ | Clip 7 (1:07:21-10:07:51) Interview of Daqua Ritter on 01/30/2023 |
| 84 |  | 2/23/24 | ✔ | ✔ | Clip 8 (1:08:41-1:08:52) Interview of Daqua Ritter on 01/30/2023 |
| 85 |  | 2/23/24 | ✔ | ✔ | Clip 9 (1:09:12-1:11:10) Interview of Daqua Ritter on 01/30/2023 |
|    |  |         |   |   |  |
|    |  |         |   |   |  |
|    |  |         |   |   |  |